IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK W. MAY,

    Defendant.

Case No. 3:02cr32

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY COMPLYING WITH REMAND ORDER OF
UNITED STATES COURT OF APPEALS IN ITS DECISION OF JUNE 10,
2009 (DOC. #168), FOR WHICH THE MANDATE ISSUED ON
AUGUST 5, 2009 (DOC. #171), *NUNC PRO TUNC*, AUGUST 6, 2009

---

Pursuant to the remand from the United States Court of Appeals, in its Decision of June 10, 2009 (Doc. #168), for which the mandate of that Court issued on August 5, 2009 (Doc. #171), the Court makes the following orders:

1. The Order of Restitution, imposed at the time of resentencing on February 9, 2007 (Doc. #143), journalized in a Judgment Entry filed March 22, 2007 (Doc. #146), of $728,090.00 is reduced to $643,314.00. Having recalculated the Defendant's applicable, now advisory, guideline sentencing range, in light of the Remand, this Court declines to reduce the Defendant's term of supervised release from three years to two years.

December 22, 2011

                                              */s/ Walter Herbert Rice*
                                              WALTER HERBERT RICE
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record